```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CONSOLIDATED EDISON, INC.,                  :
                Plaintiff,                  :
                                            :
v.                                          :        ORDER
                                            :
ARCH INSURANCE CO.,                         :        19 CV 10725 (VB)
                Defendant.                  :
                                            :
--------------------------------------------------------------x
```

As discussed during the status conference held today, which counsel for both parties attended by telephone, it is HEREBY ORDERED:

By August 7, 2020, the parties shall either file a stipulation of dismissal or a further status update.

Dated: July 17, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge